UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY JOSEPH YOUNGLOVE
#241049 ,

      Plaintiff,

 v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

      Defendant..
                                /

File no: 1:10-CV-422

HON. ROBERT HOLMES BELL

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (docket #36) is hereby adopted and approved as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Defendant Dr. Raymond Gelabert's motion for summary judgment (docket #29) is hereby **GRANTED** and judgment is entered in favor of Defendant.

Date:   July 20, 2011                                       /s/ Robert Holmes Bell
                                                                ROBERT HOLMES BELL
                                                                UNITED STATES DISTRICT JUDGE